### SAMUEL SCHUCH ET AL. V. JOHN GROH.

1. JUDGMENT AGAINST JOINT DEFENDANTS WHERE ONLY ONE IS SERVED.

Judgment against two persons, on a joint claim, where only one was before the court, is erroneous as to the one served and void as to the one not served.

2. PRACTICE—PETITION IN ERROR BY SUCH JOINT DEFENDANTS.

On a petition in error by both defendants, the judgment as to both must be set aside.

ERROR to the Court of Common Pleas of Hamilton county.

SMITH, J.

A judgment rendered against two persons on a joint claim when only one of the persons was before the court, is erroneous as to the one served and void as to the one not served, and on a petition in error, filed by both, the judgment as to both must be set aside.

Galvin & Bauer and Joseph B. Kelley, for plaintiffs in error.

J. T. De Mar, *contra*.